UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                -against-

   JOSE CASTRO,
                                  Defendant,
------------------------------------------------------------ X

14 Cr. 318 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the preliminary revocation hearing currently scheduled for December 14, 2021, at 10:30 a.m., is adjourned to **December 14, 2021, at 4:00 p.m.**

Dated: December 8, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**