UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                              -against-

    JOSE CASTRO,
                                  Defendant,
------------------------------------------------------------X

14 Cr. 318 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the preliminary revocation hearing currently scheduled for March 14, 2022, is adjourned to **March 15, 2022, at 10:30 a.m.**

Dated: February 14, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**