UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                    -against-

   JOSE CASTRO,
                                Defendant,
------------------------------------------------------------X

14 Cr. 318 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for May 31, 2022, is adjourned to **July 25, 2022, at 4:45 p.m.**

Dated: May 26, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**