UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                                                 14 Cr. 318 (LGS)

               -against-

                                                                   <u>ORDER</u>

   JOSE CASTRO,
                                Defendant,
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the sentencing hearing currently scheduled for October 17, 2022, at 11:00 a.m., is adjourned to **October 17, 2022, at 4:45 p.m.** and will be held in Courtroom 110 of the Thurgood Marshall Courthouse.

Dated: October 13, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        **UNITED STATES DISTRICT JUDGE**